JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00186-SSS-SHKx | Date | June 26, 2025 |
| Title | *Pasiphae Holdings, Inc. v. SE Logistix, Corp. et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE**

On August 9, 2024, the Clerk entered default as to Plaintiff Pasiphae Holdings, Inc. [Dkt. 92]. On March 31, 2025, the Court denied with prejudice Defendants and Counterclaimants' third attempt at a motion for default judgment. [Dkt. 105]. Subsequently, the Court ordered Counterclaimants to show cause as to why this case should not be dismissed. [Dkt. 106]. In response, Counterclaimants stated they "still have an active case" against Fredrico Drada. [Dkt. 107 ¶ 5]. However, Counterclaimants never served Drada with the summons and counterclaims. [*See* Dkt. 109]. On May 30, 2025, the Court ordered Counterclaimants to show cause as to why this matter should not be dismissed for lack of prosecution. [*Id*.]. Counterclaimants failed to respond to the Court's order.

Accordingly, the Court concludes there is no reason this case should not be dismissed; Counterclaimants have effectively abandoned their "active case" against Drada. Thus, the Court **DISMISSES** this action with prejudice. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED.**